IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 SEP -1 PM 4: 55
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

WHITNE RICKARD, a Minor Child,
Individually, and as Surviving Daughter
of DONALD RICKARD, Deceased, by and through
her mother SAMANTHA RICKARD, as Parent
and Next Friend,

    Plaintiff

V.                        NO. 05-2585 D V

CITY OF WEST MEMPHIS, ARKANSAS,
OFFICER VANCE PLUMOFF, Individually
and in his official capacity as an
officer of the West Memphis Police
Department, OFFICER TONY GALTELLI,
Individually and in his official capacity
as an officer of the West Memphis Police
Department, OFFICER JOHN GARDNER, Individually
and in his official capacity as an officer
of the West Memphis Police Department,
OFFICER LANCE ELLIS, Individually and in his
official capacity as an officer of the West
Memphis Police Department, OFFICER JIMMY
EVANS, Individually and in his official capacity
as an officer of the West Memphis Police
Department, OFFICER JOSEPH FORTHAM, Individually
and in his official capacity as an officer of the
West Memphis Police Department, and CHIEF
ROBERT PAUDERT, Individually and in his official
capacity as Chief of the West Memphis Police
Department,

    Defendants.

---

## ORDER EXTENDING TIME TO FILE RESPONSE

Upon Joint Motion of the Defendants, City of West Memphis, Arkansas, City of West Memphis Police Department, Robert Paudert, Individually and in his official capacity as Chief of the West Memphis Police Department, by and through their respective

1

counsel and Officer Vance Plumoff, Individually and in his official capacity as an officer of the West Memphis Police Department, Officer Galtelli, Individually and in his official capacity as an officer of the West Memphis Police Department, Officer John Gardner, Individually and in his official capacity as an officer of the West Memphis Police Department, Officer Ellis, Individually and in his official capacity as an officer of the West Memphis Police Department, Officer Jimmy Evans, Individually and in his official capacity as an officer of the West Memphis Police Department, and Officer Joseph Fortham, Individually and in his official capacity as an officer of the West Memphis Police Department, by and through their respective counsel, and for good cause appearing, it is hereby ordered that the time during which Defendants may answer or otherwise move with reference to Plaintiffs' Complaint herein is extended to and including September 12, 2005.

IT IS SO ORDERED.

DATED: *August 31*, 2005

*Diane K. Vescovo*
UNITED STATES MAGISTRATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02585 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

David C. Peeples
WEST MEMPHIS CITY ATTORNEY
P.O. Box 1728
West Memphis, AR 72303

Thomas E. Hansom
659 Freeman Street
Memphis, TN 38122--372

James D. Causey
100 North Main St.
Ste. 2400
Memphis, TN 38103

Gary K. Smith
100 Peabody Place
Ste. 1300
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable Bernice Donald
US DISTRICT COURT