UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 13 PM 1: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

WHITNE RICKARD, et al.,

    **Plaintiffs**

v.                                                                                          CASE NO. 05-2585 DV

CITY OF WEST MEMPHIS, et al.,

    **Defendants**

## ORDER EXTENDING TIME TO FILE RESPONSE

Upon motion of all Defendants and for good cause appearing,

**It is hereby Ordered** that the time of Defendants to answer or otherwise move with reference to Plaintiffs' Complaint is extended to and including October 15, 2005.

**IT IS SO ORDERED.**

Dated: _October 12, 2005_, ~~2005~~.

                                              _Diane K. Vescovo_
                                              UNITED STATES MAGISTRATE Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02585 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Michael Mosley
ARKANSAS MUNICIPAL LEAGUE
P.O. Box 38
North Little Rock, AR 72115

James D. Causey
100 North Main St.
Ste. 2400
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Thomas E. Hansom
659 Freeman Street
Memphis, TN 38122--372

Gary K. Smith
100 Peabody Place
Ste. 1300
Memphis, TN 38103

David C. Peeples
WEST MEMPHIS CITY ATTORNEY
P.O. Box 1728
West Memphis, AR 72303

Honorable Bernice Donald
US DISTRICT COURT