IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WHITNE RICKARD, et al., )
)
      Plaintiffs, )
)
vs. ) No. 05-2585-DV
)
CITY OF WEST MEMPHIS, et al., )
)
      Defendants. )

## ORDER AMENDING JOINT SCHEDULING ORDER

On November 3, 2005, a scheduling conference was held, and the Joint Scheduling Order submitted by the parties was filed. The order incorrectly stated that the parties had consented to trial before the magistrate judge.

IT IS HEREBY ORDERED that the Joint Scheduling Order is amended to reflect the parties have not consented to trial before the magistrate judge, and the clerk is directed to correct the docket sheet to indicate the case remains assigned to District Judge Bernice B. Donald.

                                            /s/ Diane K. Vescovo
                                            DIANE K. VESCOVO
                                            UNITED STATES MAGISTRATE JUDGE
                                            DATE: November 9, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02585 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Robert L. Beard
ARKANSAS MUNICIPAL LEAGUE
P.O. Box 38
North Little Rock, AR 72115

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

David C. Peeples
WEST MEMPHIS CITY ATTORNEY
P.O. Box 1728
West Memphis, AR 72303

Michael Mosley
ARKANSAS MUNICIPAL LEAGUE
P.O. Box 38
North Little Rock, AR 72115

Mark R. Hayes
ARKANSAS MUNICIPAL LEAGUE
P.O. Box 38
North Little Rock, AR 72115

Thomas E. Hansom
659 Freeman Street
Memphis, TN 38122--372

Gary K. Smith
100 Peabody Place
Ste. 1300
Memphis, TN 38103

James D. Causey
100 North Main St.
Ste. 2400
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT