IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WHITNE RICKARD, a Minor Child, Individually, and as
Surviving Daughter of DONALD RICKARD, Deceased,
By and through her mother SAMANTHA RICKARD
As Parent and Next Friend                                                                 PLAINTIFF

    v.                                                CASE NO. 05-2585 D V

CITY OF WEST MEMPHIS, ARKANSAS;
OFFICER VANCE PLUMHOFF, individually
and in his official capacity as an officer of the
West Memphis Police Department; OFFICER
TONY GALTELLI, individually and in his
official capacity as an officer of the West
Memphis Police Department; OFFICER JOHN
GARDNER, individually and in his official capacity
as an officer of the West Memphis Police Department;
OFFICER LANCE ELLIS, individually
and in his official capacity as an officer of the
West Memphis Police Department; OFFICER JIMMY
EVANS, individually and in his official capacity as an
officer of the West Memphis Police Department;
OFFICER JOSEPH FORTHMAN, individually
and in his official capacity as an officer of the
West Memphis Police Department; CHIEF ROBERT
PAUDERT, individually and in his official capacity
as Chief of the West Memphis Police Department                                 DEFENDANTS

## ORDER STAYING PROCEEDINGS

Before the Court are two motions of Defendants, a Motion to Stay filed on or about October 13, 2005 and a Motion for Protective Order; Alternative Motion to Quash Depositions filed on or about April 11, 2006. For good cause shown, the case is stayed

pending the resolution of the underlying criminal matter, State of Tennessee v. Vance Plumhoff, John B. Gardner, and Tony Galtelli, which is currently before the Court of Criminal Appeals of Tennessee at Jackson, No. 04-06282.  Counsel will promptly advise the Court when the underlying criminal case is resolved, at which time the Court will set a new schedule in this matter.

  It is so Ordered this 10th day of May, 2006.

                  s/Bernice B. Donald
                  Bernice B. Donald
                  United States District Judge